**NOT FOR PUBLICATION**



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ARABELLA LEMUS, | No. 13-16628 |
| Plaintiff - Appellee, | D.C. No. 3:09-cv-03179-SI |
| v. | |
| PAUL SINGH MADAR, | MEMORANDUM[*] |
| Objector - Appellant, | |
| v. | |
| H&R BLOCK ENTERPRISES, INC., a Missouri corporation, | |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Northern District of California
Susan Illston, District Judge, Presiding

Submitted February 17, 2015[**]

Before:    O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

Paul Singh Madar appeals pro se from the district court's order disallowing

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

his claim against a class action settlement fund.  We have jurisdiction under 28 U.S.C. § 1291.  We review for an abuse of discretion.  *In re Gypsum Antitrust Cases*, 565 F.2d 1123, 1128 (9th Cir. 1977).  We affirm.

The district court did not abuse its discretion by disallowing Madar's claim to a portion of the settlement where Madar's claim was not timely received, and Madar "made no showing that [his] claim was treated in a fashion inconsistent with those of other claimants similarly situated."  *Id.* ("In reviewing the court's exercise of its discretion, we are not to substitute our ideas of fairness for those of the district judge in the absence of evidence that [she] acted arbitrarily[.]" (citation and internal quotation marks omitted)).

**AFFIRMED.**